IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 2 2 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| TONYA WHITE, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. |
| ) | |
| v. ) | 2-03CV-0272J |
| ) | |
| THOMAS COLEMAN, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF INTERESTED PERSONS**

In accordance with Local Rule 3.1(f), counsel of record for plaintiffs Tonya White and Zuri Bossett hereby certify that to the best of their knowledge and belief, no persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case, other than the parties themselves and any insurers or other entities that may be identified by defendants during discovery.

Respectfully submitted,

_____
Jeff Blackburn
SBOT# 02385400

718 W. 16th St.
Amarillo, TX 79102
Phone: (806) 371-8333
Fax: (806) 372-4652

Mitchell E. Zamoff (D.C. Bar No. 439383)
Adam K. Levin (D.C. Bar No. 460362)
E. Desmond Hogan (D.C. Bar No. 458044)
Jennifer I. Klar (Mass. Bar No. 655303)
Tara Patterson Hammons (Licensed in Maryland)
HOGAN & HARTSON L.L.P.
555 13th Street, N.W.
Washington, DC 20004-1109
Phone: (202) 637-5600
Fax: (202) 637-5910

Elaine R. Jones (Va. Bar No. 01077)
Vanita Gupta (Licensed in New York)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
99 Hudson St., 16th Floor
New York, NY 10013
Phone: (212) 965-2239
Fax: (212) 226-7592

Attorneys for Plaintiffs
Tonya White and Zuri Bossett

Dated: August 22, 2003

\\\DC - 90334/9434 - 1767861 v1

## Certificate of Service

I hereby certify on this 22nd day of August 2003, that the Certificate of Interested Persons will be served together with the Complaint and Summons on all named defendants within the time allowed by Fed. R. Civ. P. 4(m). Upon affection of service, plaintiffs will provide an affidavit of service in compliance with Fed. R. Civ. P. 4(i).

```
_____
Jeff Blackburn
```