IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TONYA WHITE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 2-03CV-0272J |
| v. ) | |
| ) | |
| THOMAS COLEMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

In accordance with the Court's March 31, 2004 Order, the parties in the above-captioned case hereby submit this joint report on the status of settlement negotiations.

1. Plaintiffs are finalizing the global settlement agreement that was reported earlier with defendants City of Amarillo, Jerry Massengill, Michael Amos, and Jerry Neal, and plaintiffs' counsel is now in the process of obtaining notarized signatures from the 45 Tulia claimants who will be bound by the settlement. The parties anticipate that this process will be concluded, and that joint stipulations of dismissal will be filed with respect to these defendants, within the next two weeks.

2. Plaintiffs also have reached a tentative global settlement agreement with the following defendants: Thomas Coleman;[1] Larry Stewart; Terry McEachern; Swisher County, Texas; Joel Richardson; Mike Shumate; Trevlyn Pitner; Jerry Poston; Panhandle Regional

---

[1] The April 1, 2004 report in the *Amarillo Globe-News* that defendant Coleman is "not a part of" the settlement is false. Defendant Coleman, together with the other defendants listed herein, will be bound by the settlement agreement to which the parties have agreed.

\\\DC - 90334/9434 - 1838740 v1

Narcotics Trafficking Task Force; City of Borger; City of Canyon; City of Pampa; Potter County, Texas; Randall County, Texas; Armstrong County, Texas; Briscoe County, Texas; Carson County, Texas; Castro County, Texas; Childress County, Texas; Collingsworth County, Texas; Dallam County, Texas; Deaf Smith County, Texas; Donley County, Texas; Gray County, Texas; Hall County, Texas; Hansford County, Texas; Hartley County, Texas; Hemphill County, Texas; Hutchinson County, Texas; Lipscomb County, Texas; Moore County, Texas; Ochiltree County. Texas; Oldham County, Texas; Parmer County, Texas; Roberts County, Texas; Sherman County, Texas; and Wheeler County, Texas. Counsel for these defendants are presently seeking approval for the settlement from their clients' County Judges, County Commissioners' Court, and/or municipal governments. The parties anticipate that this process will be concluded successfully, and that joint stipulations of dismissal will be filed with respect to these defendants by April 30, 2004.

Respectfully submitted,

*[signature]*

Jeff Blackburn
SBOT# 02385400

718 W. 16th St.
Amarillo, TX 79102
Phone: (806) 371-8333
Fax: (806) 372-4652

Mitchell E. Zamoff (D.C. Bar No. 439383)
E. Desmond Hogan (D.C. Bar No. 458044)
Adam K. Levin (D.C. Bar No. 460362)
Lori J. Searcy (D.C. Bar No. 471591)
Tara Patterson Hammons (Licensed in Md.)
Kristin Krause Cohen (Licensed in Md.)
Jennifer I. Klar (Mass. Bar No. 655303)
HOGAN & HARTSON L.L.P.
555 13th Street, N.W.
Washington, DC 20004-1109
Phone: (202) 637-5600
Fax: (202) 637-5910

Elaine R. Jones (Va. Bar No. 01077)
Vanita Gupta (Licensed in New York)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
99 Hudson St., 16th Floor
New York, NY 10013
Phone: (212) 965-2239
Fax: (212) 226-7592

Attorneys for Plaintiffs
Tonya White and Zuri Bossett

_____
Dan Schaap
Michael H. Loftin
UNDERWOOD, WILSON, BERRY, STEIN &
JOHNSON, P.C.
P.O. Box 9158
Amarillo, Texas 79105
Counsel for Defendants Jerry Neal and City of
Amarillo


Charlotte Bingham
Chris Ritter
CRENSHAW, DUPREE & MILAM
P.O. Box 1499
Lubbock, TX 79408
Counsel for Defendants Larry Stewart, and Swisher,
Briscoe, Carson, Dallam, Deaf Smith, Donley, Hall,
Hansford, Hartley, Hutchinson, Lipscomb, Moore,
Oldham, Parmer, Roberts, Sherman and Wheeler
Counties


C. Scott Brumley
POTTER COUNTY ATTY'S OFFICE
500 S. Fillmore, Suite 303
Amarillo, TX 79101
Counsel for Defendant Potter County

David G. Kemp
POTTER COUNTY ATTY'S OFFICE
500 S. Fillmore, Suite 303
Amarillo, TX 79101
Counsel for Defendant Mike Shumate

Gaylon Keith Davis
LAW OFFICE OF G. KEITH DAVIS
802 E. Avenue
P.O. Box 446
Wellington, TX 79095
Counsel for Defendant Collingsworth County

Charles Frigerio
Hector X. Saenz
LAW OFFICES OF CHARLES S. FRIGERIO
Riverview Towers
111 Soledad, Suite 840
San Antonio, TX 78205
Counsel for Defendants Armstrong, Gray, and Hemphill Counties

William S. Helfand
Norman Ray Giles
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN
1200 Smith Street
Suite 1400
Houston, Texas 77002
Counsel for Defendant Castro County

Jon Mark Hogg
Dan Reed
JACKSON WALKER, LLP
301 West Beauregard Ave., Suite 200
San Angelo, TX 76903
Counsel for Defendant Thomas Coleman

Richard Hubbert
Robert B. Wilson
SIMS, KIDD, HUBBERT & WILSON
1205 Broadway
P.O. Box 10236
Lubbock, TX 79408
Counsel for Defendant Childress County

James Kosub
Chad Elkins
KOSUB & GRIFFIN
P.O. Box 460
105 S. Main Street
Eldorado, TX 76936
Counsel for Defendant Collingsworth County

Carlos Lopez
Robert T. Bass
ALLISON, BASS & ASSOCIATES, LLP
The A.O. Watson House
402 West 12th Street
Austin, TX 78701
Counsel for Defendant Terry McEachern

Tod Mayfield
Deborah D. Reeves
MAYFIELD, CRUTCHER & SHARPEE
600 S. Tyler, Suite 1510
LB 12015
Amarillo, TX 79101-2337
Counsel for Defendants Michael Amos and Jerry Massengill

Jack Nelson
NELSON & NELSON
Court Place Building
1001 Main Street, Suite 601
Lubbock, TX 79401
Counsel for Defendant Ochiltree County.

Lee Ann Reno
Mark D. White
Melinda Ferro
SPROUSE SHRADER SMITH P.C.
801 S. Fillmore, Suite 600
P.O. Box 15008
Amarillo, TX 79105-5008
Counsel for Defendants Joel Richardson and Randall County

Terry Rhoads
Melissa Eastham
COTTON, BLEDSOE, TIGHE & DAWSON
500 W. Illinois Ave., Suite 300
Midland, TX 79702
Counsel for Defendants Trevlyn Pitner, Jerry Poston, City of Borger, City of Canyon, and City of Pampa

## CERTIFICATE OF SERVICE

I hereby certify on that this 2nd day of April, 2004, a copy of the foregoing Joint Status report was served by electronic mail and by first-class mail, postage prepaid, on all attorneys of record.

_____
Adam K. Levin

\\\DC - 90334/9434 - 1838740 v1